**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**FORT LAUDERDALE DIVISION**

| | | |
|---|---|---|
| **IN RE:** | I | **CASE NUMBER** |
| | I | 16-23604 |
| **Multimedia Platforms, Inc.** | I | |
| | I | **JUDGE:**   Raymond B. Ray |
| **DEBTOR.** | I | |
| | I | **CHAPTER 11** |
| | I | |

**DEBTOR'S STANDARD MONTHLY OPERATING REPORT (BUSINESS)**

**FOR THE PERIOD**

**FROM  DECEMBER 1, 2016 TO DECEMBER 31, 2016**

Comes now the above named debtor and files its Monthly Operating Reports in accordance with the Guidelines established by the United States Trustee and FRBP 2015.

/s/ Michael Seese
Attorney for Debtor's Signature

Debtor's Address and Phone Number:

Multimedia Platforms, Inc.
2000 E. Oakland Park Blvd.
Fort Lauderdale, FL 33306
954-336-0436

Attorney's Address and Phone Number
Michael D. Seese
Bar No. 997323
101 NE Third Avenue, Ste. 410
Fort Lauderdale, FL 33301
954-745-5897

**SCHEDULE OF RECEIPTS AND DISBURSEMENTS**

**FOR THE PERIOD BEGINNING DECEMBER 1, 2016 AND ENDING DECEMBER 31, 2016**

Name of Debtor: **Multimedia Platforms, Inc.**          Case Number:          **16-23604**

Date of Petition:          October 4, 2016

|  |  |  | CURRENT MONTH |  | CUMULATIVE PETITION TO DATE |  |
|---|---|---|---|---|---|---|
| 1. | **FUNDS AT BEGINNING OF PERIOD** |  | $ - | (a) | $ - | (b) |
| 2. | **RECEIPTS:** |  |  |  |  |  |
|  | A. | Cash Sales | - |  | - |  |
|  |  | Minus: Cash Refunds | - |  | - |  |
|  |  | Net Cash Sales | - |  | - |  |
|  | B. | Accounts Receivable | - |  | - |  |
|  | C. | Other Receipts (*See MOR-3*) | - |  | - |  |
|  | (If you receive rental income, |  |  |  |  |  |
|  | you must attach rent roll.) |  |  |  |  |  |
| 3. | **TOTAL RECEIPTS (Lines 2A+2B+2C)** |  | - |  | - |  |
| 4. | **TOTAL FUNDS AVAILABLE FOR** |  |  |  |  |  |
|  | **OPERATIONS (Line 1 + Line 3)** |  | - |  | - |  |
| 5. | **DISBURSEMENTS** |  |  |  |  |  |
|  | A. | Advertising | - |  | - |  |
|  | B. | Bank Charges | - |  | - |  |
|  | C. | Contract Labor | - |  | - |  |
|  | D. | Fixed Asset Payments (not incl. in "N") | - |  | - |  |
|  | E. | Insurance | - |  | - |  |
|  | F. | Inventory Payments (*See Attach. 2*) | - |  | - |  |
|  | G. | Leases | - |  | - |  |
|  | H. | Manufacturing Supplies | - |  | - |  |
|  | I. | Office Supplies | - |  | - |  |
|  | J. | Payroll - Net | - |  | - |  |
|  | K. | Professional Fees (Accounting & Legal) | - |  | - |  |
|  | L. | Rent | - |  | - |  |
|  | M. | Repairs & Maintenance | - |  | - |  |
|  | N. | Secured Creditor Payments (*See Attach. 2*) | - |  | - |  |
|  | O. | Taxes Paid - Payroll | - |  | - |  |
|  | P. | Taxes Paid - Sales & Use | - |  | - |  |
|  | Q. | Taxes Paid - Other | - |  | - |  |
|  | R. | Telephone | - |  | - |  |
|  | S. | Travel & Entertainment | - |  | - |  |
|  | Y. | U.S. Trustee Quarterly Fees | - |  | - |  |
|  | U. | Utilities | - |  | - |  |
|  | V. | Vehicle Expenses | - |  | - |  |
|  | W. | Other Operating Expenses (*See MOR-3*) | - |  | - |  |
| 6. | **TOTAL DISBURSEMENTS (*Sum of 5A thru W*)** |  | - |  | - |  |
| 7. | **ENDING BALANCE (*Line 4 Minus Line 6*)** |  | $ - | (c) | $ - | (c) |

**I declare under penalty of perjury that this statement and the accompanying documents and reports are true and correct to the best of my knowledge and belief.**

This 1st day of February, 2018          */s/ Barry E. Mukamal*

Barry E. Mukamal, CRO

**MONTHLY SCHEDULE OF RECEIPTS AND DISBURSEMENTS** (cont'd)

**Detail of Other Receipts and Other Disbursements**

**OTHER RECEIPTS:**

Describe Each Item of Other Receipt and List Amount of Receipt.  Write totals on Page MOR-2, Line 2C.

| Description | Current Month | Cumulative Petition to Date |
|---|---|---|
| None | $                 - | $                 - |
|  |                 - |                 - |
|  |                 - |                 - |
|  |                 - |                 - |
|  |                 - |                 - |
|  |                 - |                 - |
|  |                 - |                 - |
|  |                 - |                 - |
|  |  |                 - |
| TOTAL OTHER RECEIPTS | $                 - | $                 - |

**"Other Receipts" includes Loans from Insiders and other sources (i.e. Officer/Owner, related parties, directors, related corporations, etc.)  Please describe below:**

| Loan Amount | Source of Funds | Purpose | Repayment Schedule |
|---|---|---|---|
| None |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |

**OTHER DISBURSEMENTS:**

Describe Each Item of Other Disbursement and List Amount of Disbursement.  Write totals on Page MOR-2,  Line 5W.

| Description | Current Month | Cumulative Petition to Date |
|---|---|---|
| None |  |                 - |
|  |  |                 - |
|  |  |                 - |
|  |  |                 - |
|  |  |                 - |
|  |  |                 - |
|  |  |                 - |
|  |  |                 - |
|  |  |                 - |
|  |  |                 - |
|  |  |                 - |
|  |  |                 - |
| TOTAL OTHER DISBURSEMENTS | $                 - | $                 - |

**ATTACHMENT 1**

**MONTHLY ACCOUNTS RECEIVABLE RECONCILIATION AND AGING**

Name of Debtor: **Multimedia Platforms, Inc.**          Case Number **16-23604**

Reporting Period beginning December 1, 2016 and ending December 31, 2016

ACCOUNTS RECEIVABLE AT PETITION DATE:          $0.00

### ACCOUNTS RECEIVABLE RECONCILIATION

(include <u>all</u> accounts receivable, pre-petition and post-petition, including charge card sales which have not been received):

| | | |
|---|---|---|
| Beginning of Month Balance: | $ - | (a) |
| PLUS: Current Month New Billings | | |
| MINUS: Collections During the Month | | (b) |
| PLUS/MINUS: Adjustments of Write-offs | | * |
| End of Month Balance | $ - | (c) |

*For any adjustments or Write-offs provide explanation and supporting documentation, if applicable:

### POST PETITION ACCOUNTS RECEIVABLE AGING

(Show the total amount for each aging category for all accounts receivable)

| 0-30 Days | 31-60 Days | 61-90 Days | Over 90 Days | Total | |
|---|---|---|---|---|---|
| | $ - | | $ - | | (c) |

For any receivables in the "Over 90 Days" category, please provide the following:

| Customer | Receivable Date | Status (Collection efforts taken, estimate of collectibility, write-off, disputed account, etc.) |
|---|---|---|
| | | |
| | | |
| | | |
| | | |

**ATTACHMENT 2**
**MONTHLY ACCOUNTS PAYABLE AND SECURED PAYMENTS REPORT**

Name of Debtor: **Multimedia Platforms, Inc.**          Case Number: **16-23604**

Reporting Period beginning December 1, 2016 and ending December 31, 2016

In the space below list all invoices or bills incurred and not paid <u>since the filing of the petition</u>. <u>Do not</u> include amounts owed prior to filing the petition.  In the alternative, a computer generated list of payables may be attached provided all information requested below is included.

### POST-PETITION ACCOUNTS PAYABLE

| Date Incurred | Days Outstanding | Vendor | Description | Amount |
|---|---|---|---|---|
| | | | | $                    - |
| **None** | | | | - |
| | | | | - |
| | | | | - |
| | | | | - |
| | | | | - |
| | | | | - |
| TOTAL AMOUNT | | | | $                    -  (b |

**Check here is pre-petition debts have been paid.  Attach an explanation and copies of supporting documentation.**

### ACCOUNTS PAYABLE RECONCILIATION (Post Petition Unsecured Debt Only):

| | |
|---|---|
| Opening balance | $                    -  (a |
| PLUS: New Indebtedness Incurred This Month | $                    - |
| MINUS: Amount Paid on Post Petition, | |
| Accounts Payable This Month | $                    - |
| PLUS/MINUS: Adjustments | $                    -  * |
| Ending Month Balance | $                    -  (c |

*For any adjustments provided explanation and supporting documentation, if applicable.

### SECURED PAYMENTS REPORT

List the status of Payments to Secured Creditors and Lessors (Post Petition Only).  If you have entered into a modification agreement with a secured creditor/lessor, consult with your attorney and the United States Trustee Program prior to completing this section.

| Secured Creditor / Lessor | Date Payment Due This Month | Amount Paid This Month | Number of Post Petition Payments Delinquent | Total Amount of Post Petition Payments Delinquent |
|---|---|---|---|---|
| | | - | | |
| | | - | | |
| | | | | |
| | | | | |
| | | | | |
| TOTAL | | $        -  (d) | | |

**ATTACHMENT 3**

**INVENTORY AND FIXED ASSET REPORT**

Name of Debtor: **Multimedia Platforms, Inc.**          Case Number: **16-23604**

Reporting Period beginning December 1, 2016 and ending December 31, 2016

**INVENTORY REPORT**

INVENTORY BALANCE AT PETITION DATE:          **None**

INVENTORY RECONCILIATION:

| | |
|---|---|
| Inventory Balance at Beginning of Month | _____ (a) |
| PLUS: Inventory Purchased During Month | _____ |
| MINUS: Inventory Used or Sold | _____ |
| PLUS/MINUS: Adjustments or Write-downs | _____ * |
| Inventory on Hand at End of Month | _____ |

METHOD OF COSTING INVENTORY: _____

*For any adjustments or write-downs provide explanation and supporting documentation, if applicable.

**INVENTORY AGING**

| Less than 6 months old | 6 months to 2 years old | Greater than 2 years old | Considered Obsolete | Total Inventory | |
|---|---|---|---|---|---|
| 0.00% | 0.00% | 0.00% | 0.00% = | | 0% * |

*Aging Percentages must equal 100%

Check here if inventory contains perishable items.

**Description of Obsolete Inventory:** _____

**FIXED ASSET REPORT**

FIXED ASSETS FAIR MARKET VALUE AT PETITION  DATE:          _____ (b)

(Includes Property, Plant and Equipment)

BRIEF DESCRIPTION: (First Report Only): _____

FIXED ASSETS RECONCILIATION:

| | |
|---|---|
| Fixed Asset Book Value at Beginning of Month | _____ (a)(b) |
| MINUS: Depreciation Expense | $ _____ - |
| PLUS: New purchases | $ _____ - |
| PLUS/MINUS: Adjustments or Write-downs | $ _____ - * |
| Ending Monthly Balance | $ _____ - |

*For any adjustments or write-downs, provide explanation and supporting documentation, if applicable.

BRIEF DESCRIPTION OF FIXED ASSETS PURCHASED OR DISPOSED OF DURING THE REPORTING

PERIOD:          **None**

**ATTACHMENT 4A**

**MONTHLY SUMMARY OF BANK ACTIVITY - OPERATING ACCOUNT**

Name of Debtor: **Multimedia Platforms, Inc.**            Case Number:     **16-23604**

Reporting Period beginning December 1, 2016 and ending December 31, 2016

Attach a copy of current month bank statement and bank reconciliation to this Summary of Bank Activity.  A standard bank reconciliation form can be found at http://www.usdoj.gov/ust/r21/index.htm.  If bank accounts other than the three required by the United States Trustee Program are necessary, permission must be obtained from the United States Trustee prior to opening the accounts.  Additionally, use of less than the three required bank accounts must be approved by the United States Trustee.

NAME OF BANK: _____      BRANCH:        _____

ACCOUNT NAME: _____      ACCOUNT NUMBER: _____

PURPOSE OF ACCOUNT:          Operating

| | |
|---|---|
| Ending Balance Per Bank Statement | $            - |
| Plus Total Amount of Outstanding Deposits | - |
| Minus Total Amount of Outstanding Checks and other debits | -  * |
| Minus Service Charges | - |
| Ending Balance Per Check Register | $            -  **(a) |

**\*Debit cards are used by** _____

**\*\*If Closing Balance is negative, provide explanation:**_____

**The following disbursements were paid in Cash (do not include items reported as Petty Cash on Attachment 4D:**
          (☐ Check here if cash disbursements were authorized by United States Trustee)

| Date | Amount | Payee | Purpose | Reason for Cash Disbursement |
|---|---|---|---|---|
| _____ | $      - | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ | _____ |

**TRANSFERS BETWEEN DEBTOR IN POSSESSION ACCOUNTS**
"Total Amount of Outstanding Checks and other debits", listed above includes:

| | |
|---|---|
| $            - | Transferred to Payroll Account |
| $            - | Transferred to Tax Account |

**ATTACHMENT 5A**

**CHECK REGISTER- OPERATING ACCOUNT**

Name of Debtor: **Multimedia Platforms, Inc.**     Case Number:    **16-23604**

Reporting Period beginning December 1, 2016 and ending December 31, 2016

NAME OF BANK:                                 BRANCH:

ACCOUNT NAME:

ACCOUNT NUMBER:

PURPOSE OF ACCOUNT:     Operating

Account for all disbursements, including voids, lost checks, stop payments, etc.  In the alternative, a computer generated check register can be attached to this report, provided all the information requested below is included.

| Date | Check Number | Payee | Purpose | Amount |
|------|--------------|-------|---------|--------|
| | | | | $                    - |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| TOTAL | | | | $                    - |

**ATTACHMENT 4B**

**MONTHLY SUMMARY OF BANK ACTIVITY - PAYROLL ACCOUNT**

Name of Debtor: **Multimedia Platforms, Inc.**          Case Number:          **16-23604**

Reporting Period beginning December 1, 2016 and ending December 31, 2016

 Attach a copy of current month bank statement and bank reconciliation to this Summary of Bank Activity.  A standard bank reconciliation form can be found at http://www.usdoj.gov/ust/r21/index.htm.  If bank accounts other than the three required by the United States Trustee Program are necessary, permission must be obtained from the United States Trustee prior to opening the accounts.  Additionally, use of less than the three required bank accounts must be approved by the United States Trustee.

NAME OF BANK: _____          BRANCH: _____

ACCOUNT NAME: _____          ACCOUNT NUMBER: _____

PURPOSE OF ACCOUNT:          Payroll


Ending Balance Per Bank Statement                                        $          -
Plus Total Amount of Outstanding Deposits                                          -
Minus Total Amount of Outstanding Checks and other debits                          -  *
Minus Service Charges                                                              -
Ending Balance Per Check Register                                        $          -  **(a)

**\*Debit cards must not be issued on this account.**

**\*\*If Closing Balance is negative, provide explanation:**_____

---

**The following disbursements were paid in Cash (do not include items reported as Petty Cash on Attachment 4D:**
          ( ☐ Check here if cash disbursements were authorized by United States Trustee)

| **Date** | **Amount** | **Payee** | **Purpose** | **Reason for Cash Disbursement** |
|---|---|---|---|---|
| | $     - | | | |
| | | | | |
| | | | | |
| | | | | |

**The following non-payroll disbursement were made from this account:**

| **Date** | **Amount** | **Payee** | **Purpose** | **Reason for Cash Disbursement** |
|---|---|---|---|---|
| | $     - | | | |
| | | | | |
| | | | | |

**ATTACHMENT 5B**

**<u>CHECK REGISTER- OPERATING ACCOUNT</u>**

Name of Debtor: **Multimedia Platforms, Inc.**                     Case Number:    **16-23604**

Reporting Period beginning December 1, 2016 and ending December 31, 2016

NAME OF BANK: _____    BRANCH: _____

ACCOUNT NAME: _____

ACCOUNT NUMBER: _____

PURPOSE OF ACCOUNT:    <u>Payroll</u>_____

Account for all disbursements, including voids, lost checks, stop payments, etc.  In the alternative, a computer generated check register can be attached to this report, provided all the information requested below is included.

| <u>Date</u> | <u>Check Number</u> | <u>Payee</u> | <u>Purpose</u> | <u>Amount</u> |
|---|---|---|---|---|
| | | | | $                    - |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| TOTAL | | | | $                    - |

**ATTACHMENT 4C**

**MONTHLY SUMMARY OF BANK ACTIVITY - TAX ACCOUNT**

Name of Debtor: **Multimedia Platforms, Inc.**          Case Number: **16-23604**

Reporting Period beginning December 1, 2016 and ending December 31, 2016

Attach a copy of current month bank statement and bank reconciliation to this Summary of Bank Activity.  A standard bank reconciliation form can be found at http://www.usdoj.gov/ust/r21/index.htm.  If bank accounts other than the three required by the United States Trustee Program are necessary, permission must be obtained from the United States Trustee prior to opening the accounts.  Additionally, use of less than the three required bank accounts must be approved by the United States Trustee.

NAME OF BANK: _____          BRANCH: _____

ACCOUNT NAME: _____          ACCOUNT NUMBER: _____

PURPOSE OF ACCOUNT: _____ Tax _____

| | | |
|---|---|---|
| Ending Balance Per Bank Statement | $ | - |
| Plus Total Amount of Outstanding Deposits | | - |
| Minus Total Amount of Outstanding Checks and other debits | | - * |
| Minus Service Charges | | - |
| Ending Balance Per Check Register | $ | - **(a) |

**\*Debit cards must not be issued on this account.**

**\*\*If Closing Balance is negative, provide explanation:**_____

---

**The following disbursements were paid in Cash (do not include items reported as Petty Cash on Attachment 4D:**
    (☐ Check here if cash disbursements were authorized by United States Trustee)

| Date | Amount | Payee | Purpose | Reason for Cash Disbursement |
|---|---|---|---|---|
| | $ - | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

**The following non-tax disbursements were made from this account:**

| Date | Amount | Payee | Purpose | Reason for Cash Disbursement |
|---|---|---|---|---|
| | $ - | | | |
| | | | | |
| | | | | |

**ATTACHMENT 5C**

**CHECK REGISTER- TAX ACCOUNT**

Name of Debtor:   **Multimedia Platforms, Inc.**                    Case Number:   **16-23604**

Reporting Period beginning December 1, 2016 and ending December 31, 2016

NAME OF BANK: _____   BRANCH: _____

ACCOUNT NAME: _____

ACCOUNT NUMBER: _____

PURPOSE OF ACCOUNT:   Tax_____

Account for all disbursements, including voids, lost checks, stop payments, etc.  In the alternative, a computer generated check register can be attached to this report, provided all the information requested below is included.

| Date | Check Number | Payee | Purpose | Amount |
|------|--------------|-------|---------|--------|
| | | | | $            - |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| TOTAL | | | | $            - |

**SUMMARY OF TAXES PAID**

| | |
|---|---|
| Paroll Taxes Paid | $            - |
| Sales & Use Taxes Paid | |
| Other Taxes Paid | |
| TOTAL | $            - |

<u>ATTACHMENT 4D</u>

<u>INVESTMENTS ACCOUNTS AND PETTY CASH REPORT</u>

**INVESTMENT ACCOUNTS**

Each savings and investment account, i.e. certificates of deposits, money market accounts, stocks and bonds, etc., should be listed separately.  Attach copies of account statements.

Type of Negotiable

| Instrument | Face Value | Purchase Price | Date of Purchase | Current Market Value |
|---|---|---|---|---|
| **None** | $          - | $          - | | $          - |
| | | | | |
| | | | | |
| | | | | |
| TOTAL | | | | $          - (a) |

**PETTY CASH REPORT**

The following Petty Cash Drawers/Accounts are maintained:

| Location of Box/Account | (Column 2) Maximum Amount of Cash in Drawer/ Acct. | (Column 3) Amount of Petty Cash On Hand At End of Month | (Column 4) Difference between (Column 2) and (Column 3) |
|---|---|---|---|
| **None** | | | $          - |
| | | | $          - |
| | | | $          - |
| **TOTAL** | $          - | $          - (b) | |

**For any Petty Cash Disbursement over $100 per transaction, attach copies of receipts.  If there are no receipts, provide an explanation**

_____

_____

**TOTAL INVESTMENT ACCOUNTS AND PETTY CASH (a + b)**                    $          - (c)

**ATTACHMENT 6**

**MONTHLY TAX REPORT**

Name of Debtor:   **Multimedia Platforms, Inc.**                     Case Number:   **16-23604**

Reporting Period beginning December 1, 2016 and ending December 31, 2016

**TAXES OWED AND DUE**

Report all unpaid post-petition taxes including Federal and State withholding FICA, State sales tax, property tax, unemployment tax, State workmen's compensation, etc.

| Name of Taxing Authority | Date Pmt. Due | Description | Amount | Date Last Tax Return Filed | Tax Return Period |
|---|---|---|---|---|---|
| **None** | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| TOTAL | | | $          - | | |

**ATTACHMENT 7**

**SUMMARY OF OFFICER OR OWNER COMPENSATION**

**SUMMARY OF PERSONNEL AND INSURANCE COVERAGES**

Name of Debtor:     **Multimedia Platforms, Inc.** _____     Case Number:     **16-23604** _____

Reporting Period beginning December 1, 2016 and ending December 31, 2016

Record all forms of compensation received by or paid on behalf of the Officer or Owner during the month.  Include car allowances, payments to retirement plans, loan repayments, payments of Officer/Owner's personal expenses, insurance premium payments, etc.  Do not include reimbursement of business expenses Officer or Owner incurred and for which detailed receipts are maintained in the accounting records.

| Name of Officer or Owner | Title | Payment Description | Amount Paid |
|---|---|---|---|
| N/A | | | |
| | | | |

**PERSONNEL REPORT**

| | Full Time | Part Time |
|---|---|---|
| Number of employees at beginning of period | | |
| Number hired during the period | | |
| Number terminated or resigned during period | | |
| Number of employees at end of period | | |

**CONFIRMATION OF INSURANCE**

List all policies of insurance in effect, including but not limited to workers' compensation, liability, fire, theft, comprehensive, vehicle, health and life. For the first report, attach a copy of the declaration sheet for each type of insurance.  For subsequent reports, attach a certificate of insurance for any policy in which a change occurs during the month (new carrier, increased policy limits, renewal, etc.).

| Agent and/or Carrier | Phone Number | Policy | Number | Coverage | Type | Expiration Date | Date Premium Due |
|---|---|---|---|---|---|---|---|
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |

**The following lapse in insurance coverage occurred this month:**

| Policy Type | Date Lapsed | Date Reinstated | Reason for Lapse |
|---|---|---|---|
| | | | |

☐ **Check here if U.S. Trustee has been listed as Certificate Holder for all insurance policies.**

**ATTACHMENT 8**

**SIGNIFICANT DEVELOPMENTS DURING REPORTING PERIOD**

Name of the Debtor:  **Multimedia Platforms, Inc.**                    Case Number:    **16-23604**

Reporting Period beginning December 1, 2016 and ending December 31, 2016

Information to be provided on this page, includes, but is not limited to: (1) financial transactions that are not reported on this report, such as the sale of real estate (***attach closing statement*** ); (2) non-financial transactions, such as the substitution of assets or collateral; (3) modifications to loan agreements; (4) change in senior management, etc. Attach any relevant documents.

Filed petition for Chapter 11 bankruptcy on October 4, 2016.  No operations conducted during the reporting month.